# EXHIBIT A

M22000016788

Florida Department of State
Division of Corporations
Electronic Filing Cover Sheet

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H22000375606 3)))

H220003756063ABC+

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

To:
Division of Corporations
Fax Number : (850)617-6383

From:
Account Name : C T CORPORATION SYSTEM
Account Number : FCA000000023
Phone : (954)208-0845
Fax Number : (614)573-3996

2022 NOV -2 PM 1:44

**Enter the email address for this business entity to be used for future annual report mailings. Enter only one email address please.**

Email Address:________________

2022 NOV -2 PM 4:20

**Foreign Limited Liability Company**

**TierPoint Services, LLC**

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 1 |
| Page Count | 04 |
| Estimated Charge | $155.00 |

Electronic Filing Menu Corporate Filing Menu Help

S. ROBERTS

NOV - 2 2022

## APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. TierPoint Services, LLC
(Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

(If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C," or "LLC.")

2. Delaware
(Jurisdiction under the law of which foreign limited liability company is organized)

3. 
(FEI number, if applicable)

4. September 28, 2022
(Date first transacted business in Florida, if prior to registration.)
(See sections 605.0904 & 605.0905, F.S. to determine penalty liability)

5. 12444 Powercourt Drive,
Suite 450
St. Louis, MO 63131
(Street Address of Principal Office)

6. 12444 Powercourt Drive
Suite 450
St. Louis, MO 63131
(Mailing Address)

2022 NOV -2 PM 1:44

7. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

Name: C T Corporation System

Office Address: 1200 South Pine Island Road

Plantation, Florida 33324
(City) (Zip code)

**Registered agent's acceptance:**
***Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.***

C T Corporation System
James Martin, Asst. Secretary
(Registered agent's signature)

8. For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| Title or Capacity: | Name and Address: |
|---|---|
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Jerald L. Kent<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Mary E. Meduski<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Wendy Knudsen<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Jenny Cooper<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Matthew Kent<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |
| ☐Manager ☐Member ■Authorized Person ☐Other ☐Other | Name: Andrew Ramirez<br>Address: 12444 Powercourt Drive, Suite 450, St. Louis, MO 63131 |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

DocuSigned by:

Andrew Ramirez

Signature of an authorized person

Andrew Ramirez, Authorized Person

Typed or printed name of signee

# Delaware

The First State



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "TIERPOINT SERVICES, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF NOVEMBER, A.D. 2022.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.*

Jeffrey W. Bullock, Secretary of State

7057462 8300

SR# 20223910666

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 204751977

Date: 11-01-22